IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cr-30073-DWD |
| ) | |
| KAMERON M. LEDERER, ) | |
| ) | |
| Defendant. ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On December 18, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 45) against Defendant for the following seized property:

**A Mossberg 500, 12 gauge pump action shotgun, bearing serial number K578256, and any and all ammunition contained therein.**

The Preliminary Order of Forfeiture further stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government has provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 28, 2024, and ending on March 28, 2024. (Doc. 54-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title

to the above-described property that is the subject of the Preliminary Order of Forfeiture (Doc. 45) filed on December 18, 2023, namely:

> **A Mossberg 500, 12 gauge pump action shotgun, bearing serial number K578256, and any and all ammunition contained therein.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests is **GRANTED**. (Doc. 55).

**SO ORDERED**.

Dated: July 19, 2024.

s/ *David W. Dugan*
DAVID W. DUGAN
United States District Court Judge